

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00263-CV

**IN THE INTEREST OF I.E.G.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00199
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED June 19, 2019.

_____
Beth Watkins, Justice